## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-41658-BEM |
| Malena G. Cripe | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

### CERTIFICATE OF MANNER OF SERVICE

I hereby certify that I have this day served the Chapter 13 Plan (Doc. 6) by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail in accordance with Fed. R. Bankr. P. 7004 and addressed to following parties:

Americredit Financial Services, Inc. dba GM Financial
Attn: Mandy Youngblood
PO Box 183853
Arlington, TX 76096

Americredit Financial Services, Inc.
Daniel E. Berce – CEO
801 Cherry St Suite 3600
Fort Worth, TX 76102

This the 19th day of September, 2019.

/s/
Dan Saeger
Attorney for Debtor
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com